# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ESET, LLC, | |
| Plaintiff, | Case No. 11-cv-650 |
| v. | |
| LODSYS, LLC, | |
| Defendant. | |

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff, ESET, LLC ("ESET") hereby voluntarily dismisses WITHOUT PREJUDICE all claims asserted in the above-entitled action against LODSYS, LLC. Prior to the filing of this notice, LODSYS, LLC has neither served an answer or a motion for summary judgment.

ESET further requests, consistent with filing of this Notice, that the hearing scheduled for 10:30 am September 9, 2011 be taken off calendar.

Dated: September 1, 2011

Respectfully submitted,

By: */s/ Nicola A. Pisano*
     Nicola A. Pisano

JONES DAY
Attorneys for Plaintiff
ESET, LLC

Nicola A. Pisano
napisano@jonesday.com
JONES DAY
12265 El Camino Real
Suite 200
San Diego, CA 92130
Telephone:    858.314.1200
Facsimile:    858.314.1150

SDI-101696v1

-1-